368 A.2d 272

COMMONWEALTH of Pennsylvania

v.

Isaac Lewis BROWN, Appellant.

Supreme Court of Pennsylvania.

Submitted March 29, 1976.

Decided April 28, 1977.

Fred D. Furman, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Order affirmed.

JONES, former C. J., took no part in the consideration or decision of this case.